

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00212-CR

Richard **VARGAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 20th District Court, Milam County, Texas
Trial Court No. CR24573
The Honorable John Youngblood, Judge Presiding

# O R D E R

On May 26, 2016, we ordered the trial court clerk to prepare, certify, and file a supplemental clerk's record containing the trial court's certification pursuant to Rule 25.2. *See* TEX. R. APP. P. 25.2(d). The district clerk responded by filing a notification of late record and explaining that the clerk's office had been unable to procure the certification from the trial attorney. Additionally, appellant's counsel filed a response in which he requested permission for him, rather than trial counsel, to obtain the certification from appellant and provide it to the Milam County District Clerk's Office. The request is GRANTED. The Milam County Clerk's Office is ORDERED to accept the trial court's certification obtained by appellate counsel and to prepare, certify, and file a supplemental clerk's record containing the trial court's certification pursuant to Rule 25.2 within 10 days from the date of this order. We further GRANT appellant's motion for an extension of time to the file the brief. The brief will be due 30 days from the date the trial court clerk files a supplemental clerk's record containing the trial court's certification pursuant to Rule 25.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.



Keith E. Hottle
Clerk of Court